## Salvá et al. *v.* Sucesión Borrás.

### Apelación procedente de la Corte de Distrito de

### Humacao.

No. 16. Resuelto en Marzo 21, 1905.

Apelación.—Nombramiento de un Síndico.—Una resolución de la Corte de Distrito disponiendo el nombramiento de un Síndico que administre los bienes objeto de determinado procedimiento judicial, no es una resolución apelable, con arreglo al art. 295 del Código de Enjuiciamiento Civil.

#### EXPOSICIÓN DEL CASO.

En el caso arriba expresado, la representación de la parte apelada presentó moción al Tribunal Supremo, suplicando se desestimara la apelación interpuesta contra la resolución dictada por la Corte de Distrito del Distrito Judicial de Humacao, por la que se dispuso el nombramiento de un Síndico que poseyera y administrara los bienes bajo la autoridad y dirección de la Corte, fundando la moción en que tal resolución no era apelable por no estar comprendida en ninguno de los casos previstos en el artículo 295 del Código de Enjuiciamiento Civil.

Abogado del promovente: *Sr. Guzmán Benítez* (Don José.)

Abogado de la parte opositora: Sr. López Landrón.

#### OPINIÓN DEL TRIBUNAL.

No siendo apelable la resolución dictada por la Corte de Distrito de Humacao en veinte y tres de Enero último, por no estar comprendida en las que taxativamente enumera el artículo 295 del Código de Enjuiciamiento Civil; se declara con lugar la moción y en su consecuencia *se desestima* la apelación interpuesta por el abogado Don Rafael López Landrón en representación de la sucesión de Doña Catalina Borrás y Ginart contra la reso-

lución referida con las costas al apelante; y comuníquese á la Corte de Distrito de Humacao á los fines procedentes.

Jueces concurrentes: Sres. Presidente Quiñones, y Asociados, Hernández, Figueras, MacLeary y Wolf.